UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-185-T-30TBM

JAVIER HUERTA

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 90) of the United States of America for Entry of a Forfeiture Money Judgment in the amount of $18,600.00 in U.S. currency, pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, and a Preliminary Order of Forfeiture for $2,591.00 as a substitute asset which, at sentencing, shall be a final judgment of forfeiture as to defendant Javier Huerta's interest in property subject to forfeiture.

The Court, being fully advised in the premises, finds that the government has established that the defendant obtained $18,600.00 in drug proceeds as a result of the offenses charged in Counts One through Four of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1), 846, and 841(b)(1)(A)(iii), for which the defendant has been found guilty by a jury (Doc. 77). Pursuant to the provisions of 21 U.S.C. § 853(p), the United States is entitled to forfeiture of any property belonging to the defendant in satisfaction of such money judgment, including, but not limited to, the $2,591.00

in U.S. currency, which was seized from the defendant on April 22, 2009. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion (Doc. 90) of the United States is GRANTED.

IT IS FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), defendant Javier Huerta is personally liable to the United States of America for a forfeiture money judgment in the amount of $18,600.00 USD.

IT IS FURTHER ORDERED, that, pursuant to 21 U.S.C. § 853(p), all right, title, and interest of defendant Javier Huerta in the $2,591.00 in U.S. currency seized from the defendant, are hereby CONDEMNED and FORFEITED to the United States of America, as a substitute asset in partial satisfaction of his money judgment.

Following entry of this order, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the United States will publish notice of the order in accordance with the provisions of Rule 32.2(b)(6)(C), and will send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding in accordance with the provisions of Rule 32.2(b)(6)(D).  Fed. R. Crim. P. 32.2(b)(6)(A).

Pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, if a third party files a petition claiming an interest in the $2,591.00 in U.S. currency, the Court will conduct an ancillary proceeding to determine the validity of the petitioner's alleged


interest in the forfeited asset. Fed. R. Crim. P. 32.2(c)(1).

Upon adjudication of all third-party interests in the $2,591.00 in U.S. currency, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2), in which all interests will be addressed. Fed. R. Crim. P. 32.2(c)(2).

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the $2,591.00 in U.S. currency, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 16, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-185.forfeit fj 90.wpd