UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-185-T-30TBM

JAVIER HUERTA

**FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 128), pursuant to 18 U.S.C. § 2253(a)(3), 21 U.S.C. 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for $2,591.00 in U.S. currency, in partial satisfaction of defendant Javier Huerta's $18,600.00 money judgment. The Court, being fully advised in the premises, hereby finds as follows:

1. On December 14, 2009, the United States filed a Motion for Entry of Forfeiture Money Judgment in the amount of $18,600.00 and Preliminary Order of Forfeiture for Substitute Asset, seeking forfeiture of defendant Javier Huerta's right, title and interest in $2,591.00 in U.S. currency (the "currency"), pursuant to the provisions of 21 U.S.C. § 853(p). (Doc. 90).

2. On December 16, 2009, the Court granted the United States' motion and entered the Forfeiture Money Judgment and Preliminary Order of Forfeiture for

Substitute Asset, forfeiting to the United States of America all of the defendant's interest in the currency. (Doc. 91).

3. The only persons or entities known to have any potential interest in the $2,591.00 in U.S. currency is Marisol Huerta, the defendant's wife. On December 16, 2009, the United States sent Marisol Huerta, via certified U.S. mail, a Notice of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Preliminary Order of Forfeiture regarding the government's intent to seek forfeiture of the currency.

4. On December 22, 2009, the United States received a signed return receipt from Marisol Huerta. To date, Marisol Huerta has not filed a claim to the currency.

5. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), from January 23, 2010 through February 21, 2010, the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov. (Doc. 113). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

6. No persons or entities, other than defendant Javier Huerta, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture for Substitute Asset, and Marisol Huerta, are known to have an interest in the currency. No third party has filed a petition or claimed an interest in the currency, and the time for filing such petition has expired.

7. The Court finds that the $2,591.00 in U.S. currency is the property of defendant Javier Huerta.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 128) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the $2,591.00 in U.S. currency are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2253(a)(3), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2), in partial satisfaction of defendant Javier Huerta's $18,600.00 money judgment. Clear title to the currency is now vested in the United States of America. The defendant's forfeiture money judgment is hereby reduced by $2,591.00 for a remaining total of $16,009.00.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-185.fj 128.wpd